840

No. 830.   CANTRELL ET AL. *v.* ADAMS ET AL.   See *ante,* p. 821.

No. 865.   SIMMONS *v.* MISSISSIPPI.   See *ante,* p. 821.

No. 753.   MINER, JUDGE, ET AL. *v.* ILLINOIS EX REL. BENEFIT ASSOCIATION OF RAILWAY EMPLOYEES ET AL. February 5, 1945.   Petition for writ of certiorari to the Supreme Court of Illinois denied.   *Messrs. Charles Aaron* and *Charles W. Stiefel, Jr.* for petitioners.   *Messrs. Barnabas F. Sears* and *Herbert H. Naujoks* for respondents.

No. 783.   FLEISH *v.* JOHNSTON, WARDEN.   February 5, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Louis S. Beedy* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 787.   LOEW *v.* UNITED STATES.   February 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Herbert Zelenko* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.